

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00396-CV

**CONTINENTAL HOMES OF TEXAS, L.P.** d/b/a Express Homes,
Appellant

v.

Giancarlo **PEREZ** and Krystle Perez,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-10075
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's September 10, 2021 Order Denying the Defendant's Motion to Compel Arbitration is AFFIRMED. Costs of appeal are taxed against Appellant Continental Homes of Texas, L.P. d/b/a Express Homes.

SIGNED October 19, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice